# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMUEL ROBERSON,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 76857

**FILED**

SEP 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____S. Young_____
            DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on April 26, 2018. Appellant did not file the notice of appeal, however, until August 28, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Parraguirre_____, J.
Parraguirre

_____Stiglich_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-36175

cc:   Hon. William D. Kephart, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

(O) 1947A